```
Afni, Inc.
Attn: Bankruptcy
Po Box 3427
Bloomington, IL 61702

Brookshire Village MO LLC
Attn:  Floyd Norrick, Atty
PO Box 800
Hillsboro, MO 63050

CFNA/Credit First Natl Assoc
Attn: Bankruptcy
Po Box 81315
Cleveland, OH 44181

Christian Janvrin
900 S Second St
De Soto, MO 63020

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Capital/famous
Attn: Bankruptcy
Pob 182125
Columbus, OH 43218

Conduent/ACS
Conduet shut down operation 9/1/19
loans transferred to other servicers
Utica, NY 13504

Consumer Collection Management, Inc.
Attn: Bankruptcy
Po Box 1839
Maryland Heights, MO 63043

eMoneyUSA
Attn: Bankruptcy
8700 State Line Rd , Ste 350
Leawood, KS 66206

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117
```

```
General Credit Acceptance Company
c/o William F Whealen Jr
11970 Borman Drive, Suite 250
Saint Louis, MO 63146

IRS
PO Box 7346
Insolvency Unit
Philadelphia, PA 19101

Jefferson County Collector of Revenue
Collector of Revenue
729 Maple St
Hillsboro, MO 63050

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

Mercy
PO Box 505381
Saint Louis, MO 63150

Missouri Dept of Revenue
301 W High St
Jefferson City, MO 65105

National Credit Adjusters, LLC
327 West 4th Avenue
Po Box 3023
Hutchinson, KS 67504

Opploans/feb
Attn: Bankruptcy Dept
130 East Randolph Street Suite 3400
Chicago, IL 60601

Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603
```