IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In Re:  Alyssa N Janvrin | ) | Case No. 23-40934 |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Debtor's Memorandum |
| | ) | Confirmation Hearing:   05/11/23 |
| | ) | Hearing Time and Place : 11:00am, 7 North |

**Memorandum to Amended Petition**

**COMES NOW Alyssa N Janvrin Debtor** in Chapter 13, by and through her Attorney William Ridings, and for her Memorandum states as follows:

Debtor filed an Amended Voluntary Petition because she was also known as Alyssa N Terry.

Wherefore, Debtor prays this court to allow the amendments, and to confirm the Plan.

Dated:  March 28, 2023

/s/ Will Ridings
William Ridings, 38672MO
Attorney for Debtor
2510 S Brentwood Blvd, Ste 205
Brentwood, MO  63144
(314)968-1313, fax (314)968-1302
Ridingslaw2003@yahoo.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on March 28, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on March 28, 2023.

Alyssa N Janvrin
900 S Second St
De Soto, MO  63020

/s/ Will Ridings
William Ridings MO38672