## United States Bankruptcy Court
### Eastern District of Missouri

In re **Alyssa N Janvrin**  
Debtor(s)

Case No. **23-40934**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **March 29, 2023**, a copy of ___ was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Afni, Inc.**
Attn: Bankruptcy
Po Box 3427
Bloomington, IL 61702

**Brookshire Village MO LLC**
Attn:  Floyd Norrick, Atty
PO Box 800
Hillsboro, MO 63050

**CFNA/Credit First Natl Assoc**
Attn: Bankruptcy
Po Box 81315
Cleveland, OH 44181

**Comenity Bank/Victoria Secret**
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

**Comenity Capital/famous**
Attn: Bankruptcy
Pob 182125
Columbus, OH 43218

**Conduent/ACS**
Conduet shut down operation 9/1/19
loans transferred to other servicers
Utica, NY 13504

**Consumer Collection Management, Inc.**
Attn: Bankruptcy
Po Box 1839
Maryland Heights, MO 63043

**eMoneyUSA**
Attn: Bankruptcy
8700 State Line Rd , Ste 350
Leawood, KS 66206

**First Premier Bank**
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

**First Premier Bank**
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

**General Credit Acceptance Company**
c/o William F Whealen Jr
11970 Borman Drive, Suite 250
Saint Louis, MO 63146

**IRS**
PO Box 7346
Insolvency Unit

**Philadelphia, PA 19101**

**Jefferson County Collector of Revenue**
**Collector of Revenue**
**729 Maple St**
**Hillsboro, MO 63050**

**Kohls/Capital One**
**Attn: Credit Administrator**
**Po Box 3043**
**Milwaukee, WI 53201**

**Mercy**
**PO Box 505381**
**Saint Louis, MO 63150**

**Missouri Dept of Revenue**
**301 W High St**
**Jefferson City, MO 65105**

**National Credit Adjusters, LLC**
**327 West 4th Avenue**
**Po Box 3023**
**Hutchinson, KS 67504**

**Opploans/feb**
**Attn: Bankruptcy Dept**
**130 East Randolph Street Suite 3400**
**Chicago, IL 60601**

**Resurgent Capital Services**
**Attn: Bankruptcy**
**Po Box 10497**
**Greenville, SC 29603**

/s/ William H Ridings Jr
**William H Ridings Jr**
**Ridings Law Firm**
**2510 S Brentwood Blvd**
**Suite 205**
**Brentwood, MO 63144**
**(314)968-1313Fax:(314)968-1302**
**ridingslaw2003@yahoo.com**