UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| ALYSSA N. JANVRIN | ) Case No. 23-40934-659 |
| | ) Chapter 13 |
| | ) |
| Debtor. | ) |

### O R D E R

The matter before the Court is the Debtor's request to file an Amended Voluntary Petition to add AKA.  Therefore,

**IT IS ORDERED THAT** Debtor's request to file an Amended Voluntary Petition is **GRANTED** and the Amended Voluntary Petition filed by Debtor on March 29, 2023, is allowed to add AKA for Debtor as shown on the Amended Petition; and

**IT IS FURTHER ORDERED THAT** the Clerk is directed to correct her records to reflect the changes, as stated in the Amended Voluntary Petition.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED:  March 31, 2023
St. Louis, Missouri

Copies to:

All Creditors and Parties in Interest