UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| ALYSSA N. JANVRIN | ) Case No. 23-40934-659 |
| | ) Chapter 13 |
| | ) |
| Debtor. | ) |

### O R D E R

The matter before the Court is the Debtor's request to file an Amended Voluntary Petition to add AKA. Therefore,

**IT IS ORDERED THAT** Debtor's request to file an Amended Voluntary Petition is **GRANTED** and the Amended Voluntary Petition filed by Debtor on March 29, 2023, is allowed to add AKA for Debtor as shown on the Amended Petition; and

**IT IS FURTHER ORDERED THAT** the Clerk is directed to correct her records to reflect the changes, as stated in the Amended Voluntary Petition.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: March 31, 2023
St. Louis, Missouri

Copies to:

All Creditors and Parties in Interest

United States Bankruptcy Court
Eastern District of Missouri

In re:  Case No. 23-40934-kss
Alyssa N Janvrin  Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4 | User: admin | Page 1 of 2
Date Rcvd: Mar 31, 2023 | Form ID: pdfo2 | Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alyssa N Janvrin, 900 S Second St, De Soto, MO 63020-2304 |
| 25342121 | + | Brookshire Village MO LLC, Attn: Floyd Norrick, Atty, PO Box 800, Hillsboro, MO 63050-0800 |
| 25342123 | + | Christian Janvrin, 900 S Second St, De Soto, MO 63020-2304 |
| 25342126 | | Conduent/ACS, Conduet shut down operation 9/1/19, loans transferred to other servicers, Utica, NY 13504 |
| 25342127 | + | Consumer Collection Management, Inc., Attn: Bankruptcy, Po Box 1839, Maryland Heights, MO 63043-6839 |
| 25342131 | + | General Credit Acceptance Company, LLC, c/o Miller and Steeno, PC, 13690 Riverport Drive, Suite 250, Maryland Heights, MO 63043-4846 |
| 25342135 | + | Mercy, PO Box 505381, Saint Louis, MO 63150-5381 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25342120 | + | Email/Text: EBNProcessing@afni.com | Mar 31 2023 22:37:00 | Afni, Inc., Attn: Bankruptcy, Po Box 3427, Bloomington, IL 61702-3427 |
| 25342122 | + | Email/Text: BKPT@cfna.com | Mar 31 2023 22:36:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 25344953 | | Email/Text: BKPT@cfna.com | Mar 31 2023 22:36:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 25342124 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2023 22:37:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 25342125 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2023 22:37:00 | Comenity Capital/famous, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 25342127 | + | Email/Text: accountservices@consumercollection.com | Mar 31 2023 22:37:00 | Consumer Collection Management, Inc., Attn: Bankruptcy, Po Box 1839, Maryland Heights, MO 63043-6839 |
| 25342128 | | Email/Text: michaela.gaddy@emoneyusa.com | Mar 31 2023 22:36:00 | eMoneyUSA, Attn: Bankruptcy, 8700 State Line Rd , Ste 350, Leawood, KS 66206 |
| 25342129 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 31 2023 22:46:33 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 25342132 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 31 2023 22:36:00 | IRS, PO Box 7346, Insolvency Unit, Philadelphia, PA 19101-7346 |
| 25342133 | + | Email/Text: jmodray@jeffcomo.org | Mar 31 2023 22:36:00 | Jefferson County Collector of Revenue, Collector of Revenue, 729 Maple St, Hillsboro, MO 63050-4317 |
| 25342134 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 31 2023 22:36:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 25345098 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 31 2023 22:46:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25342277 | + | Email/Text: ecfnotices@dor.mo.gov | Mar 31 2023 22:36:00 | Missouri Department of Revenue, PO Box 475, 301 W High St, Jefferson City MO 65101-1517 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 25342136 | + | Email/Text: ecfnotices@dor.mo.gov | Mar 31 2023 22:36:00 | Missouri Dept of Revenue, 301 W High St, Jefferson City, MO 65101-1517 |
| 25342137 | + | Email/Text: bankruptcy@ncaks.com | Mar 31 2023 22:36:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 25342138 | + | Email/Text: opportunitynotices@gmail.com | Mar 31 2023 22:37:00 | Opploans/feb, Attn: Bankruptcy Dept, 130 East Randolph Street Suite 3400, Chicago, IL 60601-6379 |
| 25342139 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 31 2023 22:46:22 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 25342278 | + | Email/Text: usamoe.bankruptcy.filings@usdoj.gov | Mar 31 2023 22:36:00 | United States Attorney, 111 South 10th Street, 20th Floor, St. Louis MO 63102 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25342130 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Diana S. Daugherty | standing_trustee@ch13stl.com trust33@ch13stl.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| William H. Ridings, Jr. | on behalf of Debtor Alyssa N Janvrin ridingslaw2003@yahoo.com |

TOTAL: 3