**United States Bankruptcy Court**
**Eastern District of Missouri**

In re  **Alyssa N Janvrin**                                    Case No.  **23-40934**
                         Debtor(s)                              Chapter   **13**

# MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On  **March 20, 2023**, the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

Date  **May 10, 2023**                    Signature  **/s/ Alyssa N Janvrin**
                                                     **Alyssa N Janvrin**
                                                     Debtor

Attorney  **/s/ William H Ridings Jr**
          **William H Ridings Jr**

**Ridings Law Firm**
**2510 S Brentwood Blvd**
**Suite 205**
**Brentwood, MO 63144**
**(314)968-1313**
**Fax: (314)968-1302**
**ridingslaw2003@yahoo.com**