IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In Re:  Alyssa N Janvrin | ) | Case No. 23-40934 |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Debtor's Memorandum |
| | ) | Confirmation Hearing:   05/10/23 |
| | ) | Hearing Time and Place : 11:00am, 7 North |

**Memorandum to Amended Schedule I & J, Means Test and Attorney Fee Disclosure**

**COMES NOW Alyssa N Janvrin Debtor** in Chapter 13, by and through her Attorney William Ridings, and for her Memorandum states as follows:

Debtor filed an Amended Schedule I & J because she is converting her case from Chapter 13 to Chapter 7.  There is no change to the Debtor's information on schedules, I, J.  An amended Chapter 7 Means Test was filed due to the conversion.  An Amended Attorney Fee Disclosure was filed to show the fees paid by Debtor prior to conversion.  There are no new creditors being added.

Wherefore, Debtor prays this court to allow the amendments.

Dated:  May 10, 2023

/s/ Will Ridings
William Ridings, 38672MO
Attorney for Debtor
2510 S Brentwood Blvd, Ste 205
Brentwood, MO  63144
(314)968-1313, fax (314)968-1302
Ridingslaw2003@yahoo.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on May 10, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on May 10, 2023.

Alyssa N Janvrin
900 S Second St
De Soto, MO  63020

/s/ Will Ridings
William Ridings MO38672