UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In Re:                                          )
                                                )
ALYSSA N. JANVRIN,                              )     Case No. 23-40934-659
                                                )     Chapter 13
                                                )
            Debtor.                             )
                                                )
                                                )
                                                )

## O R D E R

The matter before the Court is Debtor's Motion to Convert the above-captioned Chapter 13 case to a case under Chapter 7 filed on May 10, 2023.  Upon consideration of Debtor's Motion and the record as a whole,

**IT IS ORDERED THAT**

1. Debtor's Motion be and is hereby **GRANTED**, in that this case is converted to a case under Chapter 7 of the Bankruptcy Code as of the date of this Order, and this Order constitutes the order for relief under Chapter 7.

2. Any Order to Deduct from Wages or Other Income previously entered in this case is **SET ASIDE** and the employer is directed to cease withholding from Debtor's wages in respect of this case.

3. Any hearing set on any pending motion for relief from the automatic stay or motion to avoid lien is removed from the Court's docket,  and, if the automatic stay has not terminated or failed to go into effect in this case, the automatic stay will continue in effect until further order of the Court.  **Movant** shall contact the Courtroom Deputy to obtain a date and time for the continued hearing and give notice thereof to the Debtor(s), Debtor's(s') counsel, the Chapter 7 Trustee, and any other necessary parties.  All other pending Chapter 13 motions are denied as moot.

4. The Office of the U.S. Trustee shall appoint an interim Chapter 7 Trustee in this case to serve with blanket surety bond posted pursuant to standing orders of this Court.

**IT IS FURTHER ORDERED THAT**

5.  If not already filed, on or before (14) fourteen days from the date of this order Debtor shall file the documents required by Local Rule 1019 for a case being converted from Chapter 13 to Chapter 7.  **Failure to file any of such documents shall result in dismissal of the case without further notice by the Court.**

6. If the Chapter 13 Trustee is holding funds that derive from Debtor(s) post-petition wages or that derive from other sources that are not part of the Chapter 7 estate, the Chapter 13 Trustee shall return the funds on hand to Debtor(s).  If the Chapter 13 Trustee believes she is holding funds which may be part of the Chapter 7 estate, the Chapter 13 Trustee shall file a notice identifying the amount and source of the funds and stating that she intends to turn over the funds to the Chapter 7 Trustee pursuant to Federal Rule of Bankruptcy Procedure 1019(4).  The Debtor(s) shall have (7) seven days from the date of this notice to file an objection to the proposed turnover.  If the Debtor files an objection, the Court shall set the matter for hearing on an expedited basis.  The Chapter 7 Trustee may, within (7) seven days of the Chapter 13 Trustee's notice, file a response declining the funds referenced in the Chapter 13 Trustee's notice.  If the Chapter 7 Trustee declines the funds, the Chapter 13 Trustee shall refund the funds to Debtor(s).

7.  The Chapter 13 Trustee shall promptly file her final report, and, upon doing so, is discharged as Trustee and is relieved of and discharged from her bond.

KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED:  May 11, 2023
St. Louis, Missouri

Copies to:

All Creditors and Parties in Interest.

United States Bankruptcy Court
Eastern District of Missouri

In re:                                                                          Case No. 23-40934-kss
Alyssa N Janvrin                                                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4 | User: admin | Page 1 of 2
--- | --- | ---
Date Rcvd: May 11, 2023 | Form ID: pdfo5 | Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Alyssa N Janvrin, 900 S Second St, De Soto, MO 63020-2304 |
| 25342121 | + | Brookshire Village MO LLC, Attn: Floyd Norrick, Atty, PO Box 800, Hillsboro, MO 63050-0800 |
| 25342123 | + | Christian Janvrin, 900 S Second St, De Soto, MO 63020-2304 |
| 25342126 | | Conduent/ACS, Conduet shut down operation 9/1/19, loans transferred to other servicers, Utica, NY 13504 |
| 25342131 | + | General Credit Acceptance Company, LLC, c/o Miller and Steeno, PC, 13690 Riverport Drive, Suite 250, Maryland Heights, MO 63043-4846 |
| 25342135 | + | Mercy, PO Box 505381, Saint Louis, MO 63150-5381 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 25342120 | + | Email/Text: EBNProcessing@afni.com | May 11 2023 22:41:00 | Afni, Inc., Attn: Bankruptcy, Po Box 3427, Bloomington, IL 61702-3427 |
| 25342122 | + | Email/Text: BKPT@cfna.com | May 11 2023 22:41:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 25344953 | | Email/Text: BKPT@cfna.com | May 11 2023 22:41:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 25342124 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 11 2023 22:41:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 25342125 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 11 2023 22:41:00 | Comenity Capital/famous, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 25342127 | + | Email/Text: accountservices@consumercollection.com | May 11 2023 22:41:00 | Consumer Collection Management, Inc., Attn: Bankruptcy, Po Box 1839, Maryland Heights, MO 63043-6839 |
| 25342128 | | Email/Text: michaela.gaddy@emoneyusa.com | May 11 2023 22:41:00 | eMoneyUSA, Attn: Bankruptcy, 8700 State Line Rd , Ste 350, Leawood, KS 66206 |
| 25342129 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 11 2023 22:52:26 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 25342132 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 11 2023 22:41:00 | IRS, PO Box 7346, Insolvency Unit, Philadelphia, PA 19101-7346 |
| 25342133 | + | Email/Text: jmodray@jeffcomo.org | May 11 2023 22:41:00 | Jefferson County Collector of Revenue, Collector of Revenue, 729 Maple St, Hillsboro, MO 63050-4317 |
| 25342134 | + | Email/Text: PBNCNotifications@peritusservices.com | May 11 2023 22:41:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 25345098 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2023 23:03:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25342277 | + | Email/Text: ecfnotices@dor.mo.gov | May 11 2023 22:41:00 | Missouri Department of Revenue, PO Box 475, 301 W High St, Jefferson City MO 65101-1517 |
| 25342136 | + | Email/Text: ecfnotices@dor.mo.gov | | |

| | | | |
|---|---|---|---|
| | | May 11 2023 22:41:00 | Missouri Dept of Revenue, 301 W High St, Jefferson City, MO 65101-1517 |
| 25342137 | + Email/Text: bankruptcy@ncaks.com | | |
| | | May 11 2023 22:41:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 25342138 | + Email/Text: opportunitynotices@gmail.com | | |
| | | May 11 2023 22:41:00 | Opploans/feb, Attn: Bankruptcy Dept, 130 East Randolph Street Suite 3400, Chicago, IL 60601-6379 |
| 25355297 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 11 2023 23:03:53 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25342139 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 11 2023 22:51:48 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 25342278 | + Email/Text: usamoe.bankruptcy.filings@usdoj.gov | | |
| | | May 11 2023 22:41:00 | United States Attorney, 111 South 10th Street, 20th Floor, St. Louis MO 63102 |
| 25358424 | Email/Text: EDBKNotices@ecmc.org | | |
| | | May 11 2023 22:41:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25342130 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2023                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Diana S. Daugherty | standing_trustee@ch13stl.com  trust33@ch13stl.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| William H. Ridings, Jr. | on behalf of Debtor Alyssa N Janvrin ridingslaw2003@yahoo.com |

TOTAL: 3