# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### Eastern Division

| | |
|---|---|
| In re: | ) |
| | ) |
| ALYSSA N JANVRIN AKA ALYSSA N TERRY | ) |
| | ) Case No. 23-40934-659 |
| | ) |
| Debtor(s). | ) Chapter 7 |
| | ) |
| PENNYMAC LOAN SERVICES, LLC | ) |
| | ) |
| Creditor. | ) |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

**COME NOW** Melinda J. Maune and the law firm of Armstrong Teasdale LLP and hereby enter their appearance as counsel for PennyMac Loan Services, LLC ("Creditor") in the above titled bankruptcy matter.

Pursuant to Fed. R. Bankr. P. 9010(b), all further pleadings and notices, including those required under Fed. R. Bankr. P. 2002, 4001, and 9007, should be served upon the undersigned and directed to:

> Melinda J. Maune
> Armstrong Teasdale LLP
> MMaune@atllp.com
> 7700 Forsyth Blvd., Ste. 1800
> St. Louis, Missouri 63105
> Telephone: (314) 621-5070
> Fax: (314) 621-5065

Respectfully submitted,

ARMSTRONG TEASDALE LLP
*/s/ Melinda J. Maune*
Melinda J. Maune, #49797MO, MMaune@atllp.com
7700 Forsyth Blvd., Ste. 1800
St. Louis, Missouri 63105
Telephone: (314) 621-5070
Fax: (314) 621-5065
ATTORNEYS FOR CREDITOR

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was filed electronically on the 2nd day of June, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

      I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been by Regular United States Mail Service, first class, postage fully pre-paid, address to the parties listed below on the 2nd day of June, 2023.

Alyssa N Janvrin
900 S Second St
De Soto, MO 63020

                                                */s/ Melinda J. Maune*
                                                Attorney for Creditor