# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### Eastern Division

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 23-40934-659 |
| ALYSSA N JANVRIN AKA ALYSSA N TERRY | ) |
| | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) Hearing Date: July 17, 2023 |
| PENNYMAC LOAN SERVICES, LLC | ) Hearing Time: 10:00am |
| | ) Answer Date: July 10, 2023 |
| Movant, | ) |
| | ) DOCKET NO. _____ |
| v. | ) |
| | ) |
| | ) |
| ALYSSA N JANVRIN AKA ALYSSA N TERRY | ) |

**Respondent.**

## NOTICE OF HEARING
## ON MOTION FOR RELIEF FROM AUTOMATIC STAY

**COMES NOW**, PennyMac Loan Services, LLC and its subsidiaries, affiliates, predecessors in interest, successors or assigns ("Movant") by and through its attorneys, Melinda J. Maune, Amy Tucker Ryan, and the law firm of Armstrong Teasdale LLP, and provides this Notice of its Motion for Relief From Automatic Stay.

**WARNING: THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY JULY 10, 2023.**

**YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS**.

**YOU ARE HEREBY** notified that if no objection to the attached motion/application is filed in writing with the Clerk of the U.S. Bankruptcy Court on or before **July 10, 2023** said motion will be granted by entry of an order to be prepared and submitted by counsel for applicant. **IF A WRITTEN OBJECTION** is timely filed with the Clerk of the Bankruptcy Court, a hearing will be take place on *July 17, 2023* **at 10:00 am** in the United States Bankruptcy Court, 111 S. Tenth St., 7th Floor, North Courtroom, St. Louis, MO, with the Honorable Kathy A. Surratt-States presiding. **By and through this Notice Movant hereby waives the thirty (30) day notice requirement.**

    Respectfully submitted,

    ARMSTRONG TEASDALE LLP

    */s/ Melinda J. Maune*
    Melinda J. Maune, #49797MO, mmaune@atllp.com
    Amy Tucker Ryan, #49047MO, aryan@atllp.com
    7700 Forsyth Blvd, Ste. 1800
    St. Louis, Missouri  63105
    Phone: (314) 621-5070
    Fax: (314) 621-5065
    ATTORNEYS FOR MOVANT

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was filed electronically on the 13th day of June, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

      I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been by Regular United States Mail Service, first class, postage fully pre-paid, address to the parties listed below on the 13th day of June, 2023.

Alyssa N Janvrin
900 S Second St
De Soto, MO  63020


*/s/ Melinda J. Maune*
Attorney for Movant